IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MELVIN DOUGLAS BERROW, )
)
Petitioner, )
)
v )  1 05CV19
)
THEODIS BECK, Secretary of )
the Dept of Correction, )
)
Respondent )

## J-U-D-G-M-E-N-T

On June 13, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U S C § 636(b) No objections were received by the court within the time prescribed by the statute

The court hereby adopts the Magistrate Judge's Recommendation

**IT IS THEREFORE ORDERED** that Respondent's motion for summary judgment [Pleading No 6] be **GRANTED**, that Petitioner's motion for habeas corpus relief [Pleading No. 1] be **DENIED**, and that this action be dismissed with prejudice Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued

UNITED STATES DISTRICT JUDGE

DATE August 9, 2005

Case 1:05-cv-00019-JAB   Document 15   Filed 08/09/05   Page 1 of 1